## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 11-cv-03151-CMA-KMT

ARROW ELECTRONICS, INC., a New York corporation,

    Plaintiff,

v.

COIN ACCEPTORS, INC., an Iowa corporation, and
INONE TECHNOLOGY, LLC, a Maryland limited liability company,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 23) signed by the attorneys for the parties hereto, it is

    ORDERED that the above cause of action is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

    DATED: August __01__, 2012

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge